**FILED**

05/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0327

ORIGINAL



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0327

FRANK MATTHEW MCLAUGHLIN,

    Petitioner,

v.

JIM SALMONSEN, WARDEN,
MONTANA STATE PRISION,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

    DATED: May 22, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court